# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| CORY M. SPRINGS, | : | Case No. 3:23-CV-352 |
| | : | |
| Petitioner, | : | |
| | : | District Judge Thomas M. Rose |
| vs. | : | Magistrate Judge Peter B. Silvain, Jr. |
| | : | |
| WARDEN, CHILLICOTHE | : | |
| CORRECTIONAL INSTITUTION, | : | |
| | : | |
| Respondent. | : | |

## ORDER

On March 4, 2023, the Court ordered respondent to file a status report within ten days. Respondent has now complied with the Court's Order. (Doc. 8).

For good cause shown, the **CLERK OF COURT** is **ORDERED** to reissue the Court's December 21, 2023 Order (Doc. 6) to the parties. The time requirements set forth therein shall apply from the date of reissuance.

**IT IS SO ORDERED.**


March 15, 2024                              *s/Peter B. Silvain, Jr.*
                                            PETER B. SILVAIN, JR.
                                            United States Magistrate Judge