# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| CORY M. SPRINGS, | : | Case No. 3:23-CV-352 |
| | : | |
| Petitioner, | : | |
| | : | District Judge Thomas M. Rose |
| vs. | : | Magistrate Judge Peter B. Silvain, Jr. |
| | : | |
| WARDEN, CHILLICOTHE | : | |
| CORRECTIONAL INSTITUTION, | : | |
| | : | |
| Respondent. | : | |

## ORDER

This case is currently before the Court upon Petitioner's Request for an Extension of Time (Doc. #17). Petitioner moves the Court for an order granting an extension of time until August 17, 2024, to file his traverse. (Doc. #17)

For good cause shown, Petitioner's Request for an Extension of Time (Doc. #17) is hereby **GRANTED**. Accordingly, it is hereby **ORDERED** that Petitioner shall file his traverse/reply by August 17, 2024.

**IT IS SO ORDERED.**

July 3, 2024

*s/Peter B. Silvain, Jr.*
PETER B. SILVAIN, JR.
United States Magistrate Judge